# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| TERRY L. POWERS ) | |
| ) | |
| ) | CASE NO. 14-59329-BEM |
| Debtor ) | |
| ) | |
| ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR FIRST AMENDMENT TO CHAPTER 7 BANKRUPTCY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Terry L. Powers, Debtor, by and through counsel and make this First Amendment to the Chapter 7 Schedules as follows:

1.

To amend the Schedule B, Item Line No. 2 to disclose garnished funds that will be returned to Debtor's bank account; please see Amended Schedule B.

2.

To amend Schedule C by exempting the returned garnished funds; please see Amended Schedule C.

3.

To amend Summary of Schedules and Statistical Summary in accordance with the above-listed Schedules; please see Amended Summary of Schedules and Amended Statistical Summary.

4.

To amend the Disclosure of Compensation of Attorney for Debtor to disclose the attorney fees; please see Amended Disclosure of Compensation of Attorney for Debtor.

This 13th day of May 2014.

*/s/ Evan M. Altman*
Evan M. Altman
Georgia Bar No. 014066
Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place
Atlanta, Georgia  30350
(770) 394-6466

B6B (Official Form 6B) (12/07)

IN RE **Powers, Terry L**                                                                    Case No. **14-59329**
               Debtor(s)                                                                                                           (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account - Bank of America | H | 10.00 |
| | | checking account - garnished funds to be returned to bank account<br>re: Auto-Owners Insurance Company v. Terry L. Powers 11G41392 | H | 3,111.84 |
| | | checking account - Xceed Financial | H | 1,500.00 |
| | | checking account - Xceed Financial | H | 20.00 |
| | | savings account - Xceed Financial | H | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | household goods | H | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | H | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance policy | H | 150,000.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Powers, Terry L** _____    Case No. **14-59329** _____
                         Debtor(s)                                                (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Land Rover** | H | 40,000.00 |
|  | | **2012 Chevy Equinox** | H | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Powers, Terry L _____   Case No. **14-59329** _____
  Debtor(s)                                                      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 208,451.84 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Powers, Terry L** _____     Case No. **14-59329**
                          Debtor(s)                                                       (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| checking account - garnished funds to be returned to bank account re: Auto-Owners Insurance Company v. Terry L. Powers 11G41392 | OCGA §44-13-100(a)(6) | 3,111.84 | 3,111.84 |
| household goods | OCGA §44-13-100(a)(4) | 3,500.00 | 3,500.00 |
| clothing | OCGA §44-13-100(a)(4) | 300.00 | 300.00 |
| term life insurance policy | OCGA §44-13-100(a)(11)(C) | 150,000.00 | 150,000.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE: **Powers, Terry L**
Debtor(s)

Case No. **14-59329**
Chapter **7**

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 500,000.00 | | |
| B - Personal Property | Yes | 3 | $ 208,451.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 861,551.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 131,800.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 12,505.94 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 13,179.00 |
| TOTAL | | 19 | $ 708,451.84 | $ 993,351.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Northern District of Georgia**

| | |
|---|---|
| **IN RE:** | Case No. **14-59329** |
| **Powers, Terry L** | Chapter **7** |
| Debtor(s) | |

**AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 22) | $ | |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**United States Bankruptcy Court**
**Northern District of Georgia**

IN RE:                                                                                                Case No. **14-59329**

**Powers, Terry L**                                                                     Chapter **7**
Debtor(s)

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................... $ **1,500.00**

   Prior to the filing of this statement I have received ........................................ $ **1,500.00**

   Balance Due ....................................................................... $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     **May 12, 2014**                         */s/ Evan M. Altman, Esq.*
         Date                                 Evan M. Altman, Esq. 014066
                                                Evan M. Altman, Esq
                                                8325 Dunwoody Place Building 2
                                                Atlanta, GA  30350-3307

                                                evan.altman@laslawgroup.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| TERRY L. POWERS ) | |
| ) | |
| ) | CASE NO. 14-59329-BEM |
| Debtor ) | |
| ) | |
| ) | |

## **VERIFICATION**

STATE OF GEORGIA

COUNTY OF FULTON

      Personally appeared before the undersigned officer duly authorized to administer oaths, the Deponent, who after being duly sworn, states that the facts contained in the foregoing document are true and correct to the best of deponents personal knowledge and belief.


          */s/ Terry L. Powers*
          Terry L. Powers, Debtor



Sworn to and subscribed
before this 13th day of May 2014.

*/s/ Evan M. Altman*
Notary Public

My Commission Expires:
12/06/2016
/s/ Evan M. Altman

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day served a true and correct copy of the foregoing Debtors First Amended Chapter 7 Schedules, by depositing the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to the following parties listed below:

Kyle A. Cooper
Chapter 7 Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

Office of the United States Trustee
Third Floor
Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

See Exhibit "A"

This 13th day of May 2014.

                                    /s/ *Evan M. Altman*
                                    Evan M. Altman
                                    Georgia Bar No. 014066
                                    Attorney for Debtor

Northridge 400; Building 2
8325 Dunwoody Place
Atlanta, Georgia  30350
(770) 394-6466

creditor

Ally Financial
P.O. Box 674
Minneapolis, MN  55440


American Express Corporate
3100 Silver Comet Trail
Atlanta, GA  30339


Auto-Owners Insurance Company
c/o M Boyd Jones, Esq.
701 Whitlock Avenue, K-47
Marietta, GA  30064


Central Mortgage
1501 S Main Street
Little Rock, AR  72202


Chase
Card Member Services
P.O. Box 15153
Wilmington, DE  19886


Chase Student Loan
P.O. Box 371834
Pittsburgh, PA  15250


Consolidated Electrical Dist.
P.O. Box 82899
Tampa, FL  33682


Consolidted Electrical Distributors, Inc
c/o David C. Moulds, Esq.,
2004 Commerce Drive, North, Ste. 205
Peachtree City, GA  30269


Curtain Law Frim
Suite 200
2964 Peachtree Road
Atlanta, GA  30305


Ford Motor Credit Company, LLC
c/o Daniel F. Bridgers, Esq.,
120 North Candler Street
Decatur, GA  30030


GM Financial
P.O. Box 1630
Fort Worth, TX  76101


Golf Club Of Georgia
One Golf Club Drive
Alpharetta, GA  30005

creditor

MacDowell & Associates, LTD
P.O. Box 450849
Atlanta, GA  31145


PEPCO / Terry L Powers
P.O. Box 76973
Atlanta, GA  30358


Power's Properties
P.O. Box 76973
Atlanta, GA  30358


Sallie Mae
P.O. Box 9500
Wilkes Barre, PA  18773


Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT  84165


Trevino's Landscaping
P.O. Box 1825
Duluth, GA  30096